United States District Court
Southern District of Texas
**ENTERED**
August 10, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| VS. | § § § | CRIMINAL ACTION NO. H-13-715 <br> CIVIL ACTION NO. H-16-2380 |
| PAUL VU TRAN, | § § | |
| Defendant. | § | |

## ORDER TO RESPOND

The defendant has moved under 28 USC § 2255 to vacate his sentence. The United States must answer the motion by October 10, 2016.

SIGNED on August 10, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge